UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NATIONAL LABOR RELATIONS BOARD,

                Plaintiff,

                                        **ORDER**
      -against-                          18-MC-879 (LDH) (CLP)

DN CALLAHAN, INC.,

                Defendant.

-----------------------------------------------------------------x

LASHANN DEARCY HALL, United States District Judge:

      On August 7, 2018, United States Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation recommending that this grant Court Plaintiff's motion to compel Defendant to comply with Plaintiff's investigate subpoena and award Plaintiff appropriate fees and costs. The parties were given until August 21, 2018, to file objections to the Report and Recommendation. To date, no objections have been filed. The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Pollak's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order.

Dated:  Brooklyn, New York
         August 30, 2018

                                                                         SO ORDERED:

                                                                        /s/ LDH
                                                              LASHANN DEARCY HALL
                                                              United States District Judge